IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CARL LAMONT BRANDON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-132 |
| | ) | (Formerly CR 112-253) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at Williamsburg Federal Correctional Institution in Salters, South Carolina, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. He has also filed a motion to stay his case pending the decision of the United States Supreme Court in Beckles v. United States, 616 F. App'x 415 (11th Cir. 2015), *cert. granted*, 136 S. Ct. 2510 (U.S. June 27, 2016). On March 6, 2017, the Supreme Court ruled the United States Sentencing Guidelines "are not subject to a vagueness challenge under the Due Process Clause. The residual clause in § 4B1.2(a)(2) therefore is not void for vagueness." Beckles v. United States, 137 S. Ct. 886, 892 (U.S. 2017). As the Supreme Court has made its decision in Beckles, Petitioner's motion to stay his § 2255 case is **MOOT**. (Doc. no. 6.) The Court will issue its recommendation on the merits of Petitioner's § 2255 motion in its normal course of business.

SO ORDERED this 26th day of April, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA